HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NATALIE DUENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>NATALIE DUENAS,<br><br>         Defendant. | Case No.  1:20-cr-00215-DAD<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Natalie Duenas (Fresno County Sheriff's Office JID No. 7111919) shall be released from the Fresno County Jail on Tuesday, August 16, 2022, at 8:00 a.m. and transported to Salvation Army, located at 804 S. Parallel Avenue, Fresno, California 93721, for intake and admission into the program. To ensure his safe transport to the program, the Jail will release Mrs. Duenas to the custody of Kevin Mitchel, Federal Defender Office representative.

IT IS SO ORDERED.

Dated:   **August 15, 2022**                                _____
                                                                              UNITED STATES DISTRICT JUDGE